# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANDREW A. SAPP,

    Plaintiff,

v.                                                CASE NO. 4:10cv420-RH/WCS

STATE OF FLORIDA
DISBURSEMENT UNIT,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7, and the "motion for reconsideration," ECF No. 8. The magistrate judge denied the motion for reconsideration. No objections to the report and recommendation have been filed, but I treat the issues raised by the motion for reconsideration as if they had been set out in objections, and I consider those issues de novo. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without

prejudice for lack of federal jurisdiction." The clerk must close the file.

SO ORDERED on November 9, 2010.

s/Robert L. Hinkle
United States District Judge
